March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

        -v-

        ,  Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY TEL/<u>VIDEOCONFERENCE</u>**

_____-CR-_____(___)(___)

20-MAG-12237

Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Laurell Wells (by Zawadi Baharanyi)
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____[signature]_____
Defense Counsel's Signature

_____
Print Defendant's Name

_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____
Date

_____Kevin Nathaniel Fox_____
U.S. District Judge/U.S. Magistrate Judge